1   KARIN G. PAGNANELLI (SBN 174763)
    kgp@msk.com
2   MARC E. MAYER (SBN 190969)
    mem@msk.com
3   MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
4   Los Angeles, California 90064-1683
    Telephone:  (310) 312-2000
5   Facsimile:  (310) 312-3100

6   Attorneys for Plaintiffs Nexon America Inc.
    and NEXON Korea Corporation

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11   NEXON AMERICA INC., a Delaware     CASE NO.  2:12-cv-00160 JGB (FFMx)
    corporation, and NEXON KOREA
12   CORPORATION, a Korean corporation,   The Honorable Jesus G. Bernal

13           Plaintiffs,

14         v.                          **JUDGMENT AND PERMANENT**
                                         **INJUNCTION AS TO DEFENDANT**
15   RYAN MICHAEL CORNWALL a/k/a    **RYAN MICHAEL CORNWALL**
    "Riu Kuzaki" and "Alexandria
16   Cornwall"; YANGYU ZHOU a/k/a
    "Yang Yu," "W8baby," and
17   "Gamersoul"; DOUGLAS CRANE a/k/a
    "DJ" and "Lonerboy"; WILLIAM
18   "BILLY" KEISTER a/k/a
    "ThePhoneGuy"; AMARJOT GILL
19   a/k/a "Alphaamar"; DEREK OSGOOD
    a/k/a "Jayce"; COLIN JOHNSON a/k/a
20   "Colin_"; LINDA LIU a/k/a
    "linnyda942"; JEREMY SIMPSON;
21   V.H. a/k/a "Vince"; DOE 1 a/k/a
    "Bizarro" and "Andrew," DOE 2 a/k/a
22   "Cam1596," and DOES 3 through 10,
    inclusive

23
          Defendants.
24

25

26

27

28

  Mitchell
Silberberg &
Knupp LLP

5091206.2

1    Plaintiffs Nexon America Inc. and NEXON Korea Corporation (collectively,

2    "Nexon") and Defendant Ryan Michael Cornwall, a/k/a "Riu Kuzaki" a/k/a

3    Alexandria Cornwall ("Defendant"), having entered into a Stipulation for Entry of

4    Judgment and Permanent Injunction,

5

6    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

7

8    1.    Judgment shall be entered against Defendant in the amount of seven

9    hundred fifty thousand dollars ($750,000).

10

11    2.    Defendant and all persons acting under Defendant's direction or

12    control (including but not limited to Defendant's agents, representatives and

13    employees), shall immediately and permanently cease and desist from:

14

15    A.    obtaining, possessing or accessing any unauthorized software the use

16          of which infringes any of Nexon's Intellectual Property Rights (as

17          defined below), circumvents technological measures that control

18          access to Nexon's computer games, or violates the TOU, including

19          but not limited to the Bizarro Trainer, RiPE, RiME, or any other

20          MapleStory "bot" or trainer software, packet editor, hack, or cheating

21          software;

22

23    B.    taking any steps on Defendant's own behalf or assisting others in

24          creating, distributing or otherwise making available any software the

25          use of which infringes any of Nexon's Intellectual Property Rights,

26          circumvents technological measures that control access to Nexon's

27          computer games, or violates the TOU, including but not limited to the

Mitchell
Silberberg &    28
Knupp LLP

5091206.2

1

1    Bizarro Trainer, RiPE, RiME, or any other MapleStory "bot" or

2    trainer software, packet editor, hack, or cheating software;

3

4    C.    selling, reselling, or processing payments for any software, the use of

5          which infringes any of Nexon's Intellectual Property Rights,

6          circumvents technological measures that control access to Nexon's

7          computer games, or violates the TOU, including but not limited to the

8          Bizarro Trainer, RiPE, RiME, or any other MapleStory "bot" or

9          trainer software, packet editor, hack, or cheating software;

10

11   D.    assisting in any way the development of any software the use of which

12         infringes any of Nexon's Intellectual Property Rights, circumvents

13         technological measures that control access to Nexon's computer

14         games, or violates the TOU, including but not limited to the Bizarro

15         Trainer, RiPE, RiME, or any other MapleStory "bot" or trainer

16         software, packet editor, hack, or cheating software;

17

18   E.    sharing, copying, or distributing any software the use of which

19         infringes any of Nexon's Intellectual Property Rights, circumvents

20         technological measures that control access to Nexon's computer

21         games, or violates the TOU, including but not limited to the Bizarro

22         Trainer, RiPE, RiME, or any other MapleStory "bot" or trainer

23         software, packet editor, hack, or cheating software;

24

25   F.    operating, assisting, or linking to any website (including

26         www.w8baby.com or www.gamersoul.com) designed to provide

27         information to assist others in developing or obtaining any software

28         the use of which infringes any of Nexon's Intellectual Property

Mitchell
Silberberg &
Knupp LLP

5091206.2

2

1           Rights, circumvents technological measures that control access to

2           Nexon's computer games, or violates the TOU, including but not

3           limited to the Bizarro Trainer, RiPE, RiME, or any other MapleStory

4           "bot" or trainer software, packet editor, hack, or cheating software;

5

6     G.     investing or holding any financial interest in any enterprise which

7           Defendant knows is now, or planning in the future, to engage in any

8           of the activities prohibited by this Paragraph;

9

10     H.     knowingly allowing any persons or entities which Defendant controls,

11           either directly or indirectly, to engage in any of the activities

12           prohibited by this Paragraph; or

13

14     I.     making any statements, including anonymous statements, including

15           but not limited to any postings, messages, or e-mails on the Internet,

16           related to this Settlement Agreement or any conversations or

17           correspondence with Nexon personnel, employees, representatives,

18           agents or attorneys, unless authorized by Nexon.

19

20     3.     Any company or entity that Defendant owns or operates in the future

21 shall also comply with the provisions of this Permanent Injunction.

22

23     4.     Defendant irrevocably and fully waives notice of entry of the

24 Judgment and Permanent Injunction and notice and service of the entered

25 Judgment and Permanent Injunction and understands, confirms, and agrees that

26 violation of the Permanent Injunction will expose Defendant to all penalties

27 provided by law, including contempt of Court.

28

Mitchell
Silberberg &
Knupp LLP

5091206.2

3

1    5.    Defendant irrevocably and fully waives any and all rights to appeal

2  this Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon,

3  or otherwise to attack in any way, directly or collaterally, its validity or

4  enforceability.

5

6    6.    Nothing contained in this Judgment shall limit the right of Nexon to

7  seek relief, including without limitation, damages, for any and all infringements by

8  Defendant of Nexon's copyrighted works occurring after the date of this Judgment.

9

10    7.    This Judgment and Permanent Injunction shall be deemed to have

11  been served upon Defendant at the time of its execution by the Court.

12

13    8.    The Court finds there is no just reason for delay in entering this

14  Judgment and Permanent Injunction and, pursuant to Federal Rule of Civil

15  Procedure 54(a), the Court directs immediate entry of this Judgment and

16  Permanent Injunction against Defendant.

17

18    9.    The Court shall retain jurisdiction of this action to entertain such

19  further proceedings and to enter such further orders as may be necessary or

20  appropriate to implement and enforce the provisions of this Judgment and

21  Permanent Injunction.

22

23    IT IS SO ORDERED.

24

25

26  DATED:  June 6, 2013            By: _____

27                                      Honorable Jesus G. Bernal
                                        United States District Judge

Mitchell
Silberberg &   28
Knupp LLP

5091206.2

4