KARIN G. PAGNANELLI (174763)
  kgp@msk.com
MARC E. MAYER (190969)
  mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs Nexon America Inc.,
and Nexon Korea Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXON AMERICA INC., a Delaware corporation, and NEXON KOREA CORPORATION, a Korean corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RYAN MICHAEL CORNWALL, a/k/a "Riu Kuzaki" and "Alexandria Cornwall"; YANGYU ZHOU a/k/a "Yang Yu," "W8baby," and "Gamersoul"; DOUGLAS CRANE a/k/a "DJ" and "Lonerboy"; WILLIAM "BILLY" KEISTER a/k/a "ThePhoneGuy"; AMARJOT GILL a/k/a "Alphaamar"; DEREK OSGOOD a/k/a "Jayce"; COLIN JOHNSON a/k/a "Colin＿"; LINDA LIU a/k/a "linnyda942"; JEREMY SIMPSON; V.H. a/k/a "Vince"; DOE 1 a/k/a "Bizarro" and "Andrew"; DOE 2 a/k/a "Cam1596"; and DOES 3 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:12-cv-00160 JGB (FFMx)<br><br>The Honorable Jesus G. Bernal<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF REMAINING DEFENDANTS:**<br>**(1) YANGYU ZHOU A/K/A "YANG YU," "W8BABY," AND "GAMERSOUL";**<br>**(2) JEREMY SIMPSON;**<br>**(3) V.H. A/K/A "VINCE";**<br>**(4) DOE 1 A/K/A "BIZARRO" AND "ANDREW";**<br>**(5) DOE 2 A/K/A "CAM1596"; AND**<br>**(6) DOES 3 THROUGH 10, INCLUSIVE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)]<br><br>Time:　N/a<br>Date:　N/a<br>Ctrm:　1 |

Mitchell
Silberberg &
Knupp LLP

5396241.1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO REMAINING DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nexon America Inc. and Nexon Korea Corporation ("Plaintiffs") hereby dismiss without prejudice their claims against the remaining defendants in this action, specifically:

(1) YANGYU ZHOU a/k/a "Yang Yu," "W8baby," and "Gamersoul";

(2) JEREMY SIMPSON;

(3) V.H. a/k/a "Vince";

(4) DOE 1 a/k/a "Bizarro" and "Andrew";

(5) DOE 2 a/k/a "Cam1596"; and

(6) DOES 3 through 10, inclusive.

These defendants have not served either an answer or a motion for summary judgment. Plaintiffs have not previously dismissed any federal- or state-court action based on or including the same claims against these defendants.

Dated: June 26, 2013

RESPECTFULLY SUBMITTED,

KARIN G. PAGNANELLI
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
    Marc E. Mayer
    Attorneys for Plaintiffs
    Nexon America Inc. and Nexon Korea Corporation